**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Agemy Family Corporation dba Quality Plus Dry Cleaners** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | Agemy Family Dry Cleaners, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-2562317** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9945 Race Track Road**  **Tampa, FL 33626**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough**  County | **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Agemy Family Corporation dba Quality Plus Dry Cleaners**   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | Middle District of Florida, Tampa Division | | **12/08/20** | | **20-bk-08961** | |
| | Middle District of Florida, Tampa Division | | **11/22/20** | | **20-bk-08608** | |

Debtor **Agemy Family Corporation dba Quality Plus Dry Cleaners**   Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Agemy Family Corporation dba Quality Plus Dry Cleaners**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Agemy Family Corporation dba Quality Plus Dry Cleaners**         Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  9, 2025**
              MM / DD / YYYY

**X  /s/ Allie Hassan Agemy/President**              **Allie Hassan Agemy/President**
Signature of authorized representative of debtor       Printed name

Title   **President**

**18. Signature of attorney**

**X  /s/ David W. Steen**                           Date  **February  9, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**David W. Steen**
Printed name

**David W. Steen, P.A.**
Firm name

**P.O. Box 270394**
**Tampa, FL 33688**
Number, Street, City, State & ZIP Code

Contact phone  **813-251-3000**     Email address  **dwsteen@dsteenpa.com**

**221546 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Agemy Family Corporation dba Quality Plus Dry Cleaners**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Duke Energy** P.O. Box 1094 Charlotte, NC 28201 | | Utility | | | | $5,000.00 |
| **FL Unemployment Tax** 5483 W. Waters Ave., #1210 Tampa, FL 33634 | | Tax | | | | $50,000.00 |
| **Florida Dept Revenue** P.O. Box 6668 Tallahassee, FL 32314 | | Solid Waste Tax | | | | $150,000.00 |
| **Ford Credit** P.O. Box 650575 Dallas, TX 75265 | | 2018 Ford Transit C VIN #9796 | | $5,000.00 | $0.00 | $5,000.00 |
| **Ford Credit** P.O. Box 650575 Dallas, TX 75265 | | 2018 Ford Transit C VIN #6515 | | $5,000.00 | $0.00 | $5,000.00 |
| **Ford Credit** P.O. Box 650575 Dallas, TX 75265 | | 2018 Ford Transit C VIN #0317 | | $5,000.00 | $0.00 | $5,000.00 |
| **Frandon Development** 10052 Cross Creek Blvd. Tampa, FL 33647 | | Rent Owed Cross Creek Centre, Store 55 | | | | $8,600.00 |
| **Gas South** 5225 Tech Data Dr. Clearwater, FL 33760 | | Utility | | | | $6,500.00 |
| **Guinta Group** c/o RSG Village Plaza, LLC 10302 McIntosh Road Dover, FL 33527 | | Rent Owed Village Plaza, Store 35 | | | | $4,000.00 |

Debtor **Agemy Family Corporation dba Quality Plus Dry Cleaners**     Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hillsborough County Tax Coll** P.O. Box 30012 Tampa, FL 33630 | | **Property Tax** 9945 Race Track Road, Tampa | | | | $80,000.00 |
| **Hillsborough Water Departmen** 601 E. Kennedy Blvd. Tampa, FL 33602 | | **Utility** | | | | $5,000.00 |
| **Internal Revenue Service** Philadelphia, PA 19101 | | **Tax years 2022, 2023, 2024** | | | | $270,000.00 |
| **Jannah Ridgmoor Commons** 14499 N. Dale Mabry Hwy. Suite 200 Tampa, FL 33618 | | **Rent Owed** Ridgmoor Commons, Store J | | | | $9,000.00 |
| **Phillip Edison** 11501 Northlake Drive Cincinnati, OH 45249 | | **Rent Owed** Crystal Beach, Store C | | | | $16,000.00 |
| **Publix Supermarkets, Inc.** P.O. Box 407 Lakeland, FL 33802 | | **Rent Owed** Coliers Parkway, Store 41 | | | | $10,000.00 |
| **Rapid Finance** 4500 East West Highway 6th Floor Bethesda, MD 20814 | | **Cash Advance** | | | | $12,000.00 |
| **Summit Commercial Finance** P.O. Box 3892 Seattle, WA 98124 | | **Dry Cleaner Boiler** | | $15,000.00 | $4,000.00 | $11,000.00 |
| **Tampa Bay Portfolio Holdings** 3980 Tampa Rd., Ste. 205 Oldsmar, FL 34677 | | **Rent Owed** Trinity Oaks, Store 43 | | | | $7,000.00 |
| **Teco** 702 N. Franklin St. Tampa, FL 33602 | | **Utility** | | | | $8,000.00 |
| **ZCF Financial** 10711 48th St. Mira Loma, CA 91752 | | **Cash Advance** | | | | $12,000.00 |

Agemy Family Corporation dba Quality Plus Dry Cleaners
9945 Race Track Road
Tampa, FL 33626

Gas South
5225 Tech Data Dr.
Clearwater, FL 33760

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

David W. Steen
David W. Steen, P.A.
P.O. Box 270394
Tampa, FL 33688

Guinta Group
c/o RSG Village Plaza, LLC
10302 McIntosh Road
Dover, FL 33527

South State Bank
3711 Tampa Rd.
Oldsmar, FL 34677

Abed Asfour LLC
1996 Alternate 19 S.
Tarpon Springs, FL 34689

Hillsborough County Tax Coll
P.O. Box 30012
Tampa, FL 33630

South State Bank
1101 First Street South
Winter Haven, FL 33880

Dept Environmental Protectio
3900 Commonwealth Blvd.
Tallahassee, FL 32399

Hillsborough Water Departmen
601 E. Kennedy Blvd.
Tampa, FL 33602

Summit Commercial Finance
P.O. Box 3892
Seattle, WA 98124

Duke Energy
P.O. Box 1094
Charlotte, NC 28201

Internal Revenue Service
Philadelphia, PA 19101

Tampa Bay Portfolio Holdings
3980 Tampa Rd., Ste. 205
Oldsmar, FL 34677

FL Unemployment Tax
5483 W. Waters Ave., #1210
Tampa, FL 33634

Jannah Ridgmoor Commons
14499 N. Dale Mabry Hwy.
Suite 200
Tampa, FL 33618

Teco
702 N. Franklin St.
Tampa, FL 33602

Florida Dept Revenue
P.O. Box 6668
Tallahassee, FL 32314

National Properties
c/o KOS Corp.
2451 McMullen Booth Rd.
Suite 312
Clearwater, FL 33759

ZCF Financial
10711 48th St.
Mira Loma, CA 91752

Ford Credit
P.O. Box 650575
Dallas, TX 75265

Phillip Edison
11501 Northlake Drive
Cincinnati, OH 45249

Frandon Development
10052 Cross Creek Blvd.
Tampa, FL 33647

Publix Supermarkets, Inc.
P.O. Box 407
Lakeland, FL 33802